IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
MELISSA KIVO,                                                   :
individually and on behalf of a class,                          :
                                                                :
                        Plaintiff,                              :
                                                                :
        v.                                                      :   Case No. 17-CV-06288-JMA-AKT
                                                                :
INTERNATIONAL HAIR AND BEAUTY                                   :   Hon. Judge Joan M. Azrack
SYSTEMS, LLC, doing business as SIMPLY                          :
ORGANIC BEAUTY,                                                 :
                                                                :
                        Defendants.                             :
----------------------------------------------------------------x
```

FILED
CLERK
5/7/2018 10:25 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Melissa Kivo, by and through her undersigned counsel, voluntarily dismisses her individual and class claims against Defendant International Hair & Beauty Systems, LLC doing business as Simply Organic Beauty without prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ Tiffany N. Hardy
Tiffany N. Hardy
Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Case closed.
SO ORDERED.
/s/ Joan M. Azrack, USDJ
5/7/2018

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on May 4, 2018, I caused to be filed the foregoing documents via the Court's CM/ECF system, which caused notice of such filing to be sent to the following parties:

Abraham Kleinman
akleinman@kleinmanllc.com

Leighton Leib
lleib@knoxleib.com

/s/ Tiffany N. Hardy
Tiffany N. Hardy


Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.